THE HONORABLE S. KATE VAUGHAN

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| JESSICA DIVENS, on behalf of herself and all others similarly situated,<br><br>                                Plaintiff,<br><br>    v.<br><br>COSTAR REALTY INFORMATION, INC. d/b/a APARTMENTS.COM,<br><br>                                Defendant. | No.  3:26-cv-05508<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

This matter came before the Court on the Parties' Stipulated Motion for Extension of Deadline to Respond to Complaint (the "Motion").  Having reviewed the Motion, the Court finds good cause to grant the extension of the deadline as follows: Defendant's time to respond to Plaintiff's Complaint be extended to the later of 30 days after the Court's ruling on a motion to remand filed on or before June 15, 2026 (which is Plaintiff's deadline to move to remand other than for lack of subject matter jurisdiction) or July 15, 2026, if no such motion is filed.

IT IS SO ORDERED.

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINE TO RESPOND TO COMPLAINT – 1

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this ____ day of _____, 2026.

_____
THE HONORABLE S. KATE VAUGHAN
UNITED STATES MAGISTRATE JUDGE

*Presented by:*

TOUSLEY BRAIN STEPHENS PLLC

s/ *Cecily C. Jordan* (by email permission May 21, 2026)
Kim D. Stephen, P.S., WSBA No. 11984
Cecily C. Jordan, WSBA No. 50061
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: (206) 682-5600
kstephens@tousley.com
cjordan@tousley.com

KALIELGOLD PLLC
Sophia G. Gold (pro hac vice
 forthcoming)
Amanda J. Rosenberg (pro hac vice
 forthcoming)
490 43rd Street, Suite 122
Oakland, CA 94609
Telephone: (202) 350-4783
sgold@kalielgold.com
arosenberg@kalielgold.com

CORR CRONIN LLP

s/ *Emily Harris*_____
Emily J. Harris, WSBA No. 35763
1015 Second Ave, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
eharris@corrcronin.com

LATHAM & WATKINS LLP
Nicholas J. Boyle
(*pro hac vice* forthcoming)
Anne C. Malinee
(*pro hac vice* forthcoming)
555 Eleventh St, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200 Phone
(202) 637-2201 Fax
nicholas.boyle@lw.com
anne.malinee@lw.com

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINE TO RESPOND TO COMPLAINT – 2

KALIELGOLD PLLC
Jeffrey D. Kaliel (pro hac vice forthcoming)
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783
jkaliel@kalielpllc.com

PEARSON WARSHAW, LLP
Melissa S. Weiner (pro hac vice forthcoming)
Ryan T. Gott (pro hac vice forthcoming)
328 Barry Avenue S., Suite 200
Wayzata, Minnesota 55391
Telephone: (612) 389-0600
mweiner@pwfirm.com
rgott@pwfirm.com

*Counsel for Plaintiff*

Robert C. Collins III
(*pro hac vice* forthcoming)
330 N Wabash Ave, Suite 2800
Chicago, IL 60611
(312) 876-7700 Phone
(312) 993-9767 Fax
robert.collins@lw.com

*Attorneys for Defendant CoStar Realty Information, Inc. d/b/a Apartments.com*

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT – 3

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900